(No. 5371.   September 3, 1929.)

STATE, Respondent, v. MALCOLM BENTLEY, Appellant.

[280 Pac. 1038.]

F. J. Cowen, for Appellant.

W. D. Gillis, Attorney General, Fred J. Babcock, Assistant Attorney General, and Z. Reed Millar, Prosecuting Attorney, for Respondent.

T. BAILEY LEE, J.—The only direct evidence of the crime charged to defendant was the testimony of Arthur Killian, an admitted accomplice. There was no corroborative evidence tending to connect the defendant with the alleged crime. Judgment is therefore reversed and the cause remanded.

Budge, C. J., and Givens, Wm. E. Lee and Varian, JJ., concur.